UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

HANAD ABDI and JOHAN BARRIOS RAMOS,
on behalf of himself and all others similarly situated,

          Petitioners,

    v.

ALEJANDRO MAYORKAS, in his official capacity
as Secretary of U.S. Department of Homeland
Security; THOMAS BROPHY, in his official
capacity as Acting Director of Buffalo Field Office
of Immigration and Customs Enforcement;
JEFFREY SEARLS, in his official Capacity as
Acting Administrator of the Buffalo Federal
Detention Facility; and MERRICK GARLAND, in
his official capacity as Attorney General of the
United States,

          Respondents.

1:17-CV-00721 EAW

---

## ORDER AND FINAL JUDGMENT
## APPROVING CLASS ACTION SETTLEMENT

This matter is before the Court on Petitioners' Motion for Final Approval of Class

Action Settlement (the "Motion") (Dkt. 195).

Having granted Petitioners' motion for preliminary approval of proposed class

action settlement and notice on October 22, 2021 (Dkt. 193); having received no objections

to the proposed class action settlement from members of the class;  having held a fairness

hearing on December 15, 2021, to determine whether the proposed Settlement Agreement

is fair, reasonable, and adequate (Dkt. 199); and having considered Petitioners'

submissions and arguments, including the Motion, the evidence of record, and applicable authority, the Court orders as follows:

**IT IS HEREBY ORDERED AND ADJUDGED** that the notice plan as set forth in Petitioners' motion for preliminary approval of proposed class action settlement and notice and the terms of the proposed Settlement Agreement was reasonably calculated, under the circumstances, to apprise the certified class of the pendency of this litigation and the terms of the proposed Settlement Agreement, and the rights of class members to object to any part of the proposed Settlement Agreement and to appear (either on their own of through counsel hired at their own expense) at the final approval hearing on December 15, 2021; and

**IT IS FURTHER ORDERED AND ADJUDGED** that the provided notice fully satisfied the requirements of the United States Constitution (including the Due Process Clause), Federal Rule of Civil Procedure 23, and any other applicable law; and

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court hereby approves the Settlement Agreement as fair, reasonable, and adequate in light of all the relevant considerations; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court retains jurisdiction for the purposes of enabling the parties to apply to this Court for such further orders or guidance as may be necessary for the construction, modification, or enforcement of the Settlement Agreement and this Order and Final Judgment; and

- 3 -

**IT IS FURTHER ORDERED AND ADJUDGED** that the instant action is dismissed with prejudice on the merits and without costs to any party.

SO ORDERED.

ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated:      January 5, 2022
            Rochester, New York